**Alan DANIELS, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 04–3286.

United States Court of Appeals,
Federal Circuit.

June 24, 2004.

Alan Daniels, of Counsel, Cincinnati, OH, pro se.

Lauren S. Moore, Principal Attorney, Mark A. Melnick, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-

CALLED, and the petition for review is REINSTATED.

Petitioner's brief is due 21 days from the filing of this order.